IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE TURNER,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRANS/WEST LOGISTICS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 07-1828 LJO SMS<br><br>**ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |

    Review of the record reflects that this action was inadvertently removed to this Court's Fresno Division although this Court's Sacramento Division appears to be the more proper venue. As such this Court:

    1.    TRANSFERS this action to this Court's Sacramento Division;

    2.    DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and

    3.    VACATES all pending dates before this Court's Fresno Division.

    IT IS SO ORDERED.

**Dated:   December 17, 2007**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE